# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GONZALES,                  No. CIV S-10-0205-CMK-P

        Petitioner,

    vs.                                       ORDER

GARY SWARTHOUT, et al.,

        Respondents.

/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2009. Petitioner has not, however, adequately resolved the fee status for this case. On February 3, 2010, the court directed petitioner to file a complete application to proceed in forma pauperis or pay the filing fee within 30 days. On February 18, 2010, petitioner filed a copy of his prison trust account statement. That filing was not accompanied by a signed application to proceed in forma pauperis. Petitioner will be provided an additional opportunity to submit either a completed and signed application to proceed in forma pauperis or pay the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: March 17, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE