IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALES, | No. CIV S-10-0205-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| GARY SWARTHOUT, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2009. This matter is before the court on remand from the Ninth Circuit Court of Appeals.[1] Good cause appearing therefor, and on the court's own motion, the findings and recommendations issued on February 6, 2012, are vacated. The merits of petitioner's fully briefed petition shall be addressed

/ / /

/ / /

---

[1] The Ninth Circuit instructed this court to "review and enter and order and judgment resolving the ex post facto claim raised in appellant's 28 U.S.C. § 2254 petition." In its remand order, the Ninth Circuit did not discuss this court's prior denial of this claim, granting a certificate of appealability solely on the ex post facto issue.

1

1 | separately.

2 |         IT IS SO ORDERED.

4 | DATED: June 7, 2012

                                    **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE